IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01165-LTB

HERBERT WILLIAM HUDSON, individually, and
DANIELLE NICOLE GARCIA-HUDSON,

    Plaintiffs,

v.

PAUL MATTHEW DUHAMEL, sued in his individual capacity,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 29, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiffs.

    DATED at Denver, Colorado, this 29th day of May, 2014.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/K Lyons
                            Deputy Clerk